THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP F. ROY, Appellant.

Submitted October 21, 1942; decided December 3, 1942.

*James G. Blake* and *George E. Mulry* for appellant.

*Edward J. Neary, District Attorney* (*Frank A. Gulotta* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.